**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| LANCE ADDISON, STEVEN R. SCHUYLER, and PATRICIA FITZHARRIS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Cause No. 01-CV-776 PAM/RLE |
| EVEREST CONNECTIONS CORPORATION, EVEREST GLOBAL TECHNOLOGIES, LLC, and UTILICORP UNITED, INC., | ) | **ORDER TO EXTEND PAGE LIMITATION** |
| Defendants. | ) | |

The above-captioned matter came on for hearing on _______, 2001, before the Honorable Paul Magnuson, upon Defendants' Motion to Extend the Page Limitation.

Upon the memoranda and all of the files, records and proceedings, the Court makes the following Order:

**IT IS HEREBY ORDERED:**

1. Defendants' Motion to Extend the Page Limitation is hereby **GRANTED** in its entirety.

~~**LET THE JUDGMENT BE ENTERED ACCORDINGLY.**~~

BY THE COURT:

Date: June 12, 2001

The Honorable Paul Magnuson
Chief Judge of the District Court

STLD01-870629-1

FILED JUN 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________