**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Lance Addison, Steven R. Schuyler,
and Patricia Fitzharris,

Plaintiffs,

v.

Everest Connections Corporation,
Everest Global Technologies, LLC,
and UtiliCorp United, Inc.,

Defendants.

Civil 01-776 (PAM/RLE)

**ORDER OF DISMISSAL**

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: August 11, 2003

Paul A. Magnuson
United States District Court Judge

FILED AUG 11 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK